# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JENNIFER BRONSON,                       Civil File No. 10-CV-02186

    Plaintiff,

vs.                                         **NOTICE OF DISMISSAL**
                                                **WITHOUT PREJUDICE**

EVEREST ASSET MANAGEMENT, LLC,

    Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                             Respectfully submitted,

Dated:  11/16/2010                    s/ J. Mark Meinhardt
                                             J. Mark Meinhardt KS # 20245
                                             4707 College Blvd, Suite 100
                                             Leawood, KS 66211
                                             (913) 451-9797 (Telephone)
                                             (913) 451-6163 (Facsimile)
                                             meinhardtlaw@sbcglobal.net

                                             **ATTORNEY FOR PLAINTIFF**